# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TRANSPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kealoha Aulaumea, | ) | Case Nos. 4:13-cr-066 and 4:13-cr-082 |
| | ) | |
| Defendant. | ) | |

Defendant has been ordered detained pending sentencing. She is being housed at the Lake Region Correctional Center (hereinafter referred to as the "Correctional Center") in Devils Lake, North Dakota.

On March 20, 2014, she filed an order requesting transport from the Correctional Center to the Lake Region Human Service Center ("LRHSC") for a chemical dependency evaluation. The LRHSC is located in Devils Lake and is less than a mile from the Correctional Center. The government does not oppose defendant's motion.

The court **GRANT**S defendant's motion (Case No. 4:13-cr-066, Doc. No. 525; Case No. 4:13-cr-082, Doc. No. 87). The United States Marshal or its designee shall transport defendant to the LRHSC, where she shall undergo a chemical dependency evaluation. For logistical purposes the date and time her transport shall be arranged by the transporting agency and the LRHSC. Once the evaluation is completed, defendant shall be returned to the custody of the Correctional Center.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
